Certificate Number: 05781-PR-DE-036267300

Bankruptcy Case Number: 21-03430



05781-PR-DE-036267300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2022, at 8:45 o'clock AM PST, Maria Laboy Gonzalez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: January 17, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President